PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2015 JAN -6 AM 9: 13

CLERK _C. Melears_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Delmas Ernest Roberts

Crim. No. 1:09CR00176-001

On June 14, 2010, the above named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Timothy H. Corbin
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _5th_ day of _January_, 20_15_.

J. Randal Hall
United States District Judge